**KITSINIAN LAW FIRM**
NAREG S. KITSINIAN, SBN 236732
    info@kitsinianlaw.com
SHANT H. HAGOPIAN, SBN 291707
    info@kitsinianlaw.com
6739 Odessa Avenue
Van Nuys, California 91406
Phone: (818) 786-5777
Fax: (818) 786-5778
Attorneys for Plaintiffs

E-FILED 8/29/14

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| S.A. KITSINIAN, INC.; VANNA K, INC. ) | CASE NO.: **2:13-CV-08139-PSG-AJWX** |
|---|---|
| Plaintiffs, ) | **STIPULATION OF DISMISSAL AND** ~~**PROPOSE**~~**D ORDER** |
| v. ) | |
| SOROOSH PAJAND; TRIPLE XD. ) | |
| Defendants ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the parties hereto, by and through their respective counsel of record, stipulate to the dismissal of the action (including counterclaims), in its entirety, with prejudice, and to waive all appeals from dismissal of this action pursuant to this stipulation. Each party to bear its own costs of suit and attorneys' fees.//

//
//
//
//
//

1

STIPULATION OF DISMISSAL AND PROPOSED ORDER

1

2 DATED: ~~July 23, 2014~~

3 AUG 1 4 2014

4

5

6

7

8

9

10

11

12 DATED: ~~July 23, 2014~~ August 25, 2014 NK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KASHFIAN & KASHFIAN

BY: _____
ROBERT A. KASHFIAN
Attorney for Defendant Pajand

KITSINIAN LAW FIRM

BY: _____
NAREG S. KITSINIAN
Attorney for Plaintiffs

2
STIPULATION OF DISMISSAL AND PROPOSED ORDER

# ~~PROPOSED~~ [ORDER]

Plaintiffs and Defendant have stipulated that this action be dismissed. Plaintiffs and Defendant have entered a Confidential Settlement Agreement resolving of all issues relating to this action. The Parties request that this matter may be dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Good cause appearing therefore, IT IS HEREBY ORDERED: THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE, each of the parties to pay their own attorneys' fees and costs of the action.

DATED: 8/29/14

UNITED STATES DISTRICT JUDGE

PHILIP S. GUTIERREZ

**STIPULATION OF DISMISSAL AND PROPOSED ORDER**